### 5276.　HAYNES v. THE STATE.

ROAN, J.　1. The showing for a continuance, based on the absence of witnesses, did not measure up to the requirements of the Penal Code, § 987, and was properly overruled.

2. No other error of law is assigned, and the verdict is supported by the evidence.　　　　　　　　　　　　　　　　*Judgment affirmed.*

DECIDED DECEMBER 9, 1913.

Accusation of carrying concealed weapon; from city court of Carrollton—Judge Beall.　October 4, 1913.

*Boykin & Boykin,* for plaintiff in error.

*C. E. Roop, solicitor,* contra.

---

### 5277.　HAYWOOD v. THE STATE.

POTTLE, J.　1. Where in a criminal case the accused introduces no testimony, his counsel is entitled to open and conclude the argument to the jury. This rule is not varied by reason of his mere offer of testimony which is rejected by the court.

2. Under the ruling made by this court in *Mulkey* v. *State,* 1 *Ga. App.* 522, which has been consistently adhered to since its rendition, the conviction of the plaintiff in error was not authorized. Among the later decisions, see *Brooks* v. *State,* 12 *Ga. App.* 104 (76 S. E. 765); *Hudson* v. *State,* 12 *Ga. App.* 535 (77 S. E. 828).　　'　　　　　　　*Judgment reversed.*

DECIDED DECEMBER 9, 1913.

Accusation of cheating and swindling; from city court of Camilla—Judge R. D. Bush.　September 10, 1913.

*E. E. Cox, Mayo & Cox,* for plaintiff in error.